

# ADMINISTRATIVE SUBPOENA
## HOUSTON METRO INTERNET CRIMES AGAINST CHILDREN TASK FORCE



**TO THE SHERIFF OR ANY OTHER TEXAS PEACE OFFICER,**                    AGENCY: HMICAC CyberTip# 1470090

**GREETINGS:**

WHEREAS an Internet Crimes Against Children (ICAC) Taskforce prosecuting attorney or peace officer is inquiring into certain offenses liable to indictment; and

PURSUANT to the Texas Government Code, Title 4, Subtitle B, Chapter 422 and consistent with 18 USC 2703(c)(2)(A)-(F): a prosecuting attorney or peace officer of an ICAC task force conducting an investigation of **an offense that involves the sexual exploitation of a minor** with reasonable cause to believe that the Internet, or an electronic service account provided through an electronic communication service, or a remote computing service has been used in the sexual exploitation or attempted exploitation of a minor, may issue and cause to be served an Administrative Subpoena that requires the production of records or other documentation;

WHEREAS any Texas peace officer receiving this process shall execute the same forthwith by delivering a copy of this process to the named custodian of records and thereafter to the issuer of this administrative subpoena due return make showing the time and manner of service, if served, and if not served, said officer shall show in his return the cause of his failure to serve it; and if the witness could not be found, he shall state the diligence he has used to find him, and what information he has as to the whereabouts of the witness;

NOW THEREFORE YOU ARE HEREBY COMMANDED to forthwith require, **Custodian of Records, Comcast Legal Response Center, 650 Centerton Road, Moorestown, New Jersey 08057 fax 866-947-5587 phone 866-947-8572,** to produce records and other documentation listed below.

## INSTANTER

In order to comply with this subpoena, you are directed to email (PREFERRED), fax, or physically mail, the requested records and other documentation along with a <u>completed Texas business records affidavit</u> utilizing the appropriate attached affidavit, to Detective NETTLES, Houston Metro ICAC at **dnettles@hmicac.org**, at fax number 832-394-2097, or at mailing address 8300 Mykawa Houston, TX 77048. If you have any questions regarding this subpoena, please contact Detective NETTLES by phone number 281-316-4169 or by the above listed email address. lease comply with this administrative subpoena by December 7th, 2016.

**PLEASE PROVIDE THE FOLLOWING RECORDS AND DOCUMENTATION:**

- Subscriber Information (name, address, city, state, phone, etc.);
- Billing Information (credit card numbers, bank account numbers, etc.);

## FROM THE IP address of 74.95.233.33 on 08-21-2016 12:11:51 UTC

**DISCLOSURE OF THE EXISTENCE OF THIS SUBPOENA TO THE ACCOUNT HOLDER WILL INTERFERE WITH AN ONGOING CRIMINAL INVESTIGATION INTO THE SEXUAL EXPLOITATION OF A CHILD AND IS PROHIBITED.**

HEREIN FAIL NOT, and due return make of this process in accordance with law as provided in such cases.

WITNESS MY SIGNATURE, on this the 28th day of November, 2016.

I HEREBY CERTIFY that this Administrative Subpoena is issued in furtherance of an investigation into the sexual exploitation of a child through the Internet, an electronic communication service, or a remote computing service and is issued pursuant to and in compliance with Chapter 422 of the Texas Government Code.

**HOUSTON METRO**
**ICAC**
**INTERNET CRIMES AGAINST CHILDREN**
**TASK FORCE**
Investigator HM006

*D. Nettles*

Detective David Nettles
Webster Police Department
Houston Metro ICAC Task Force
HMICAC Subpoena

HMICAC Subpoena #14700990





GOVERNMENT
EXHIBIT
2
3:19cr4