29-Nov-2016 00:57 From David M Yes: Phone #2816275000 tx2ero.com p.3




# ADMINISTRATIVE SUBPOENA
HOUSTON METRO INTERNET CRIMES AGAINST CHILDREN TASK FORCE

### BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared *KATHLEEN LOUGHLIN*, who, being by me duly sworn, deposed as follows:

My name is *KATHLEEN LOUGHLIN*. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of the records of Comcast. Attached hereto are ___1___ pages of records from Comcast. These said __1__ pages of records are kept by Comcast in the regular course of business and it was the regular course of business of Comcast for an employee or representative of Comcast, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the matter or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

*Kathleen Loughlin*
AFFIANT

SWORN TO AND SUBSCRIBED before me on this the *29TH* day of *NOVEMBER*, A.D., 20*16*.

*[signature]*
NOTARY PUBLIC in and for the
STATE OF *NJ*

*Alicia Hettinger*
Notary's Printed Name

My Commission Expires
January 26, 2020

My commission expires on the _____ day of _____, _____.




**COMCAST**

Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

November 29, 2016

**VIA E-DELIVERY**

Detective David Nettles
Houston Metro ICAC
8300 Mykawa
Houston, TX 77048
**Fax: (832) 394-2097**

Re: Subpoena
Comcast File #: 784726

Dear Detective Nettles:

The Subpoena received on 11/28/2016 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: 74.95.233.33 assigned on 08/21/2016 at 12:11:51 UTC.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | SAVAGE SERVICES # |
| Service Address: | 215 BANANA ST |
| | LA MARQUE, TX 77568-6224 |
| Telephone #: | 409-935-8388 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8777701710226058 |
| Account Status: | Active |
| IP Assignment: | Statically Assigned |
| E-mail User Ids: | stephensaucier1 |
| | (the above user ID(s) end in @comcast.net) |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center