| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Facebook, Inc.<br>Facebook Security Le Response Team<br>1601 Willow Road<br>Menlo Park, CA 94025 | **SUMMONS**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |

| Summons Number  ICE-HSI-GA-2018-00010 |
|---|

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name  DeWayne E. Lewis<br>Title  Special Agent<br>Address  Homeland Security Investigations<br>601 Rosenberg Avenue<br>Suite 201<br>Galveston, TX 77550<br>Telephone Number  409-443-0104    Fax Number  409-443-0153 | November 6, 2017<br><br>(C) Time<br><br>9:00 AM |

| 3. Records required to be produced for inspection |
|---|
| Please see attached continuation page. |

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>DeWayne E. Lewis | 5. Date of issue          10/23/2017<br><br>By _____<br>(Signature) |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address and telephone number of person issuing this summons<br>Name  Mary Magness<br>Title  Acting Special Agent In Charge<br>Address  Homeland Security Investigations<br>4141 N. Sam Houston Parkway East<br>Suite 300<br>Houston, TX 77032<br>Telephone Number  281-985-0200 |

DHS Form 3115 (6/09)

GOVERNMENT
EXHIBIT
4
3:19cr4

<table>
<tr><td>

1. To (Name, Address, City, State, Zip Code)
Facebook, Inc.
Facebook Security Le Response Team
301 Willow Road
Menlo Park, CA 94025

</td><td>

DEPARTMENT OF HOMELAND SECURITY

**SUMMONS** (Continuation)

**to Appear and/or Produce Records**
19 U.S.C. § 1509

</td></tr>
</table>

Summons Number  ICE-HSI-GA-2018-00010

3. Records required to be produced for inspection (continued)

As part of an on-going investigation, please provide subscriber information and log-in/out records for the most recent 30 days for the customer using the following Facebook accounts:

https://www.facebook.com/keith.gace

https://www.facebook.com/keith.gace.1

**Method of Response:**

**Preferred:**

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent DeWayne E. Lewis at Dewayne.E.Lewis@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

**Alternates:**

The records should be delivered to Special Agent DeWayne E. Lewis at U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement, 601 Rosenberg Avenue, Suite 201, Galveston, TX 77550.

If you have questions, please contact Special Agent DeWayne E. Lewis at 409-443-0104.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 3 (continued) – Page 1 of 1