# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Alexandro Verdugo, certify:

1. I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Facebook in this matter in response to the Subpoena received on October 24, 2017. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 100022296871447.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Alexandro Verdugo*
Alexandro Verdugo
Custodian of Records

Date: November 8, 2019



GOVERNMENT EXHIBIT
5
3:19cr4

**facebook**

**Service** Facebook
**Target** 1587926990
**Generated** 2017-10-26 18:39:15 UTC
**Date Range** 2017-09-23 00:00:00 UTC to 2017-10-23 23:59:59 UTC
**Name**
    **First** Keith
    **Middle**
    **Last** Gace

**Registered Email Addresses** keith.gace@facebook.com
    kpgace@yahoo.com

**Vanity Name** keith.gace

**Registration Date** 2008-12-02 23:01:09 UTC

**Registration Ip**

**Account Closure Date**    **Account Still Active** true

**Phone Numbers**

**Credit Cards**

**Additional Properties** logins
    logouts
    ncmec_reports
    paypal_accounts



GOVERNMENT EXHIBIT 5 — 3:19cr4

**Logins**      **IP Address** 66.87.120.154
               **Time** 2017-10-06 21:34:37 UTC
               **Location** WAP

               **IP Address** 162.253.122.90
               **Time** 2017-09-25 18:52:41 UTC
               **Location** WAP

               **IP Address** 162.253.122.90
               **Time** 2017-09-25 18:45:51 UTC
               **Location** WAP

**Logouts**     **Time** 2017-09-25 18:51:03 UTC
**Location** WAP
**IP Address** 162.253.122.90

**Service** Facebook
**Target** 100022296871447
**Generated** 2017-10-26 19:55:51 UTC
**Date Range** 2017-09-23 00:00:00 UTC to 2017-10-23 23:59:59 UTC
**Name**
**First** Keith
**Middle**
**Last** Gace

**Registered Email Addresses**

**Vanity Name** keith.gace.1

**Registration Date** 2017-09-25 18:45:51 UTC

**Registration Ip** 162.253.122.90

**Account Closure Date**   **Account Still Active** true

**Phone Numbers** +14099393189 Cell Verified on 2017-09-25 18:46:31 UTC
+14099393189 Other Unverified

**Credit Cards**

**Additional Properties** logins
logouts
ncmec_reports
paypal_accounts