ORIGINAL

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. G-17-MJ-25
)
info associated with User ID 596074680 and/or email )
address kpgace1@gmail.com on servers operated by )
Dropbox, Inc., 185 Berry St. Ste. 400, San Francisco, CA )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:
the information associated with Dropbox User ID 596074680 and/or email account kpgace1@gmail.com on servers operated by Dropbox, Inc., 185 Berry Street, Suite 400, San Francisco, California 94107

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___March 8, 2017___
 *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___John R. Froeschner___ ___(or any USMJ)___ .
 *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___2/23/17 @ 10:24 am___      ___[signed] John [illegible]___
 *Judge's signature*

City and state: ___Galveston, Texas___      John R. Froeschner, United States Magistrate Judge
 *Printed name and title*

GOVERNMENT EXHIBIT 6 — 3:19cr4

Page 1 of 5

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| G-17-MJ-25 | 2/23/17   6:23 pm | DROPBOX VIA EMAIL |

Inventory made in the presence of:
HSI SA KEVIN FORNFEIST

Inventory of the property taken and name of any person(s) seized:

1 KINGSTON gray and purple DT50 8gb thumbdrive

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/17

*Executing officer's signature*

DeWayne Lewis, Special Agent
*Printed name and title*

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ Deputy Clerk

## ATTACHMENT A

### I.   Property to be Searched

This warrant applies to information related with the DropBox account associated with **user ID 596074680** and/or email account "**kpgace1@gmail.com**," which is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., 185 Berry Street, Suite 400, San Francisco, CA 94107.

## ATTACHMENT B

### I. Information to be disclosed by Dropbox.com

To the extent that the information described herein is within the possession, custody, or control of Dropbox, Inc. including any emails, records, files, logs, or information that have been deleted but are still available to Dropbox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox is required to disclose the following information to the government for each account or identifier listed:

a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit card or bank account numbers);

b. Log files

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between Dropbox, and any person regarding the account, including contacts with support services and records of actions taken.

### II. Information to be seized by the government

All information described above that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A, involving user ID **596074680** and/or **kpgace1@gmail.com**, including, for each account or identifier listed, information pertaining to the following matters:

a. All images depicting children engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256

b. All electronic communications regarding children engaging in sexually explicit conduct;

c. All communications with potential minors involving sexual topics or in an effort to seduce the minor.

d. Any evidence that would tend to identify the person using the account when any of the items listed in subparagraphs a-c were sent, read, copied or downloaded.

e. Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

## III. Method of Delivery

Dropbox shall disclose items seized pursuant to this search warrant by sending (notwithstanding Title 18, United States Code, Section 2252A, or similar statute or code) to the listed Special Agent. Dropbox shall disclose responsive data, if any, by delivering on any digital media device via the United States Postal Service or commercial interstate carrier c/o Special Agent DeWayne Lewis, Homeland Security Investigations, 601 Rosenberg Avenue, Suite 201, Galveston, Texas 77550 or via links to encrypted files for HSI Special Agent DeWayne Lewis at dewayne.e.lewis@ice.dhs.gov.