```
+---Action
|   +---Ass
|   +---Bj
|   +---G g
|   \---Puss
+---Asd
+---Boy
|   +---Bboy dressed
|   +---Boy in action
|   |   +---Dad
|   |   \---Mom
|   +---Older boy
|   +---Video
|   \---Young boy
+---Cum
+---Dressed
|   +-----10
|   \---11
+---Girl 10-15
|   +---Full
|   +---Half
|   \---Open
+---Girl 5 under
|   \---Good girl
+---Girl 6-10
|   +---Full
|   +---Half
|   \---Open
+---Mixed young
|   +---Coulpe young
|   \---Group
+---nu g
+---pics2 (1)
+---Root
+---shares
+---Trash
|   +---M trash
|   \---Trash
+---VF
+---Video
|   +---Solo
|   +---Young
|   \---Youngish
+---Video Guardados
\---vids@
```

