```
+---Action
|   +---Ass
|   |       56eee669-ca24-4cc1-bc88-8fb08be98140.png
|   |       ee72495e-5ad1-419b-91cf-b81c7c04a077.png
|   |
|   +---Bj
|   |       4fe8e672-cc27-45e0-bf3f-b3f00ddef9d3.png
|   |       56306f14-277c-410d-93bc-bfb4c8491866.png
|   |       d4561ccf-b5a7-40e9-a258-b45c44dc6ca4.png
|   |       Photo Aug 17, 8 51 43 PM.jpg
|   |       Photo Aug 19, 7 40 29 AM.jpg
|   |       Photo Aug 19, 7 55 30 PM.png
|   |       Photo Aug 20, 9 25 06 PM.png
|   |       Photo Jan 18, 12 15 57 AM.jpg
|   |       Suck.jpg
|   |       Sucking. 263.png
|   |       Sucking.png
|   |
|   +---G g
|   |       61040e8eff94d1767d85baab0ff17615.png
|   |       73b965d21bd268d7a8229d14798beb4f.jpg
|   |       Photo Aug 19, 8 12 59 PM.jpg
|   |       Photo Aug 20, 8 48 46 PM.jpg
|   |       Photo Aug 22, 11 12 44 PM.jpg
|   |
|   \---Puss
|           2016-08-25-04-32-45--1935813205.jpg
|           IMG_20160825_045657_8503.jpg
|           P4051-8dd2-e20349962d6e.png
|           Photo Aug 19, 4 16 52 PM (1).png
|           Photo Aug 19, 7 32 37 PM.jpg
|           Photo Aug 19, 7 39 09 PM.jpg
|           Photo Aug 22, 6 23 46 PM.jpg
|           Photo Aug 22, 8 11 57 AM.jpg
|           Photo Aug 22, 8 12 40 AM.jpg
|           Photo Aug 22, 8 14 33 AM.png
|
+---Asd
|       Photo Aug 18, 10 10 07 AM.jpg
|       Photo Aug 18, 10 10 10 AM.png
|       Photo Aug 19, 12 03 34 PM.jpg
|       Photo Aug 21, 8 54 37 AM.jpg
|       Photo Aug 21, 8 54 38 AM (1).jpg
|       Photo Aug 21, 8 54 38 AM.jpg
|
+---Boy
|   +---Bboy dressed
|   |       Photo Aug 18, 10 09 44 AM.jpg
|   |       Photo Aug 18, 10 09 45 AM (2).jpg
|   |       Photo Aug 18, 10 09 45 AM (3).jpg
|   |       Photo Aug 18, 10 09 45 AM.jpg
```

1

GOVERNMENT EXHIBIT
7B
3:19cr4

```
|   |       Photo Aug 18, 10 09 46 AM (1).jpg
|   |       Photo Aug 18, 10 09 46 AM.jpg
|   |       Photo Aug 18, 10 09 47 AM (1).jpg
|   |       Photo Aug 18, 10 09 47 AM.jpg
|   |       Photo Aug 18, 10 10 35 AM (1).jpg
|   |       Photo Aug 18, 11 14 35 AM.jpg
|   |       Photo Aug 21, 8 04 32 PM.jpg
|   |
|   +---Boy in action
|   |   +---Dad
|   |   |       Photo Aug 24, 9 17 15 AM.jpg
|   |   |       Photo Aug 25, 9 49 02 PM.jpg
|   |   |       PPhoto Aug 20, 10 11 19 PM.jpg
|   |   |
|   |   \---Mom
|   |           Photo Aug 19, 3 56 21 PM.jpg
|   |           Photo Aug 24, 11 41 57 AM.jpg
|   |           Photo Aug 24, 11 42 50 AM.jpg
|   |           Photo Aug 24, 11 43 01 AM.jpg
|   |           Photo Aug 24, 11 43 06 AM.jpg
|   |           Photo Aug 24, 11 43 09 AM.jpg
|   |           Photo Aug 24, 11 43 16 AM.jpg
|   |           Photo Aug 24, 11 43 45 AM.jpg
|   |           Photo Aug 24, 11 43 50 AM.jpg
|   |           Photo Aug 24, 9 35 27 PM.png
|   |           Photo Aug 24, 9 42 21 PM.jpg
|   |           Photo Jan 25, 7 43 19 PM.jpg
|   |           Photo Jan 25, 7 43 47 PM.jpg
|   |           PPhoto Aug 19, 6 05 52 PM.jpg
|   |
|   +---Older boy
|   |       Photo Aug 17, 9 29 51 PM.jpg
|   |       Photo Aug 18, 10 10 07 AM (1).jpg
|   |       Photo Aug 18, 10 10 07 AM.jpg
|   |       Photo Aug 18, 10 10 09 AM (1).png
|   |       Photo Aug 18, 10 10 10 AM.jpg
|   |       Photo Aug 18, 10 10 33 AM.jpg
|   |       Photo Feb 22, 11 48 18 PM.png
|   |       Photo Feb 22, 2 28 41 PM.jpg
|   |
|   +---Video
|   |       1Bibcam_-selfsuck-1.wmv
|   |       Selfie_carter_making_you_tube_vid_for_girls_-_2015
_x264 (1).mp4
|   |       Video Aug 03, 9 03 05 AM.mp4
|   |       Video Aug 28, 7 29 16 AM.mp4
|   |       Video Aug 29, 6 15 45 PM.mp4
|   |       Video Aug 29, 6 44 54 PM.mp4
|   |       Video Aug 29, 7 10 20 PM.mp4
|   |       Video Aug 31, 7 43 10 PM.mp4
|   |       Video Jul 13, 1 58 10 PM.mp4
|   |       Video Jul 28, 7 00 18 PM.mp4
```

```
|   |           Video Jul 29, 12 25 39 AM.mp4
|   |           Video Oct 18, 7 05 37 PM.mp4
|   |
|   \---Young boy
|               Photo Aug 18, 10 09 48 AM (1).jpg
|               Photo Aug 18, 10 10 09 AM.png
|               Photo Aug 19, 4 17 21 PM.png
|               Photo Aug 22, 11 44 58 AM.png
|               Photo Aug 22, 12 02 10 PM.png
|               Photo Aug 23, 12 09 16 AM.jpg
|               Photo Aug 24, 2 23 50 AM.jpg
|               Photo Aug 24, 9 55 55 PM.jpg
|               Photo Aug 24, 9 56 27 PM.jpg
|               Photo Feb 22, 2 17 24 PM.png
|               Photo Jun 11, 5 33 08 PM.jpg
|               Photo Jun 11, 5 33 29 PM.jpg
|               Photo Jun 11, 5 54 57 PM.jpg
|
+---Cum
|       060a7c7af2dc66480bc0158f48112135.jpg
|       29acf7c31936067fc6c4090bb773e423.jpg
|       690963d8-a25d-4960-83d8-b9677101e1b9.jpg
|       82bf680452c252b06d91991f8a5b79ac.jpg
|       Photo Aug 19, 8 15 34 PM.jpg
|       Photo Aug 20, 9 21 20 PM.png
|
+---Dressed
|   +----10
|   |       Aug 20, 7 16 10 AM.jpg
|   |       Photo Aug 17, 9 45 54 PM.jpg
|   |       Photo Aug 19, 11 06 50 PM.jpg
|   |       Photo Aug 19, 11 27 37 PM.jpg
|   |       Photo Aug 19, 8 14 54 PM.jpg
|   |       Photo Aug 20, 4 25 15 PM.jpg
|   |       Pinky.png
|   |
|   \---11
|           Photo Aug 18, 10 09 45 AM (1).jpg
|           Photo Aug 18, 10 10 09 AM.jpg
|           Photo Aug 19, 11 02 14 PM.jpg
|           Photo Aug 19, 11 04 32 PM.jpg
|           Photo Aug 19, 7 49 07 AM.jpg
|           Photo Aug 20, 8 42 42 PM.jpg
|           Photo Aug 20, 8 44 41 PM.jpg
|           Photo Aug 21, 1 23 00 AM.jpg
|           Photo Jul 17, 3 26 03 PM.jpg
|
+---Girl 10-15
|   |   Photo Apr 19, 4 04 03 PM.jpg
|   |   Photo Aug 02, 9 51 08 PM.jpg
|   |   Photo Aug 14, 6 53 30 PM (1).jpg
|   |   Photo Aug 24, 4 24 28 PM.jpg
```

3

```
|   |       Photo Aug 27, 9 36 10 PM.jpg
|   |
|   +---Full
|   |       17ad3e6c-a8bb-4aed-82a3-081955503f90.jpg
|   |       20160812_22_11_10.jpg
|   |       20160812_22_12_30.jpg
|   |       2214471424b0909f6e8eb1eaac637fdc.jpeg
|   |       Photo Aug 14, 10 14 04 PM.jpg
|   |       Photo Aug 19, 11 19 23 AM.jpg
|   |       Photo Aug 19, 11 33 03 AM (1).jpg
|   |       Photo Aug 20, 4 38 12 PM.png
|   |       Photo Aug 20, 8 51 25 PM.jpg
|   |       Photo Jun 02, 4 48 53 PM.jpg
|   |       Photo Jun 11, 5 57 21 PM (1).jpg
|   |       untitled85-pJTznmLi.png
|   |       ^
0813A5B306763339BC8D26A6820233D20B4EF957AE2060975F^pimgo_distr.jpg
|   |
|   +---Half
|   |       1469683444037-4.jpg
|   |       20160808_22_45_41.jpg
|   |       4415b525-3221-40f4-9901-57c0cf9a4e93.jpg
|   |       4a24fcd0-9956-426c-99e3-e8e2a5c7ba88.jpg
|   |       9bce2b08208dc2db69b54905cce09886.jpeg
|   |       pew5cgzk.jpg
|   |       Top .jpg
|   |       Top 1.png
|   |       Top. 32.jpg
|   |
|   \---Open
|           088b49e5-5b3a-429f-96b7-4dceab717e2d.jpg
|           337282a5-4d32-47e0-a31d-bc5b84c4bb12.jpg
|           417eaeab277de3bf80aa25aaa1ebe0d7.jpg
|           42ab283ff72d0dbfefc123fca6c87f87.jpeg
|           782fcb7bd3da842068f78b56170ffbd1.png
|           7d91fc54-3363-4980-93ad-188056ff6492.jpg
|           bf4770b3-85d4-4f8b-82eb-e2770909b99a.jpg
|           IMG_20160825_045801_2339.jpg
|           Photo Aug 19, 12 00 44 PM.png
|           Photo Aug 19, 8 08 08 PM.png
|           Photo Aug 20, 7 58 33 PM.png
|           Photo Aug 21, 1 31 13 PM.jpg
|           Photo Aug 21, 12 32 17 AM.jpg
|           Photo Aug 21, 12 49 07 AM.png
|           Photo Aug 22, 11 11 58 AM.jpg
|           Photo Aug 22, 6 31 35 PM.jpg
|           Photo Aug 24, 6 09 05 PM.jpg
|           Photo Feb 28, 4 38 14 P.jpg
|           Ps. Blue top.png
|
+---Girl 5 under
```

```
|   |     Phot Aug 19, 8 22 43 PM.jpg
|   |     Photo Aug 18, 10 59 48 PM.jpg
|   |     Photo Aug 21, 12 15 43 AM.jpg
|   |     Photo Aug 25, 4 01 25 PM.gif
|   |     Photo Aug 28, 7 12 13 AM.jpg
|   |     Photo Dec 31, 5 57 28 PM (1).jpg
|   |     Photo May 02, 6 49 50 PM (1).jpg
|   |     Photo May 02, 6 49 50 PM (2).jpg
|   |     Photo May 02, 6 49 50 PM.jpg
|   |     Photo May 14, 11 33 35 PM.jpg
|   |     PPhoto Aug 19, 8 15 34 PM.jpg
|   |     PPhoto Mar 22, 12 00 44 AM.jpg
|   |     PpPhoto Aug 20, 9 21 20 PM.png
|   |     PPPhoto Aug 22, 1 18 40 PM.jpg
|   |
|   \---Good girl
|           Aug 19, 11 30 12 AM.jpg
|           Aug 20, 6 52 59 AM.jpg
|           Aug 20, 7 15 21 AM.jpg
|           Aug 20, 7 16 05 AM.jpg
|           Aug 20, 7 16 10 AM.jpg
|           Aug 20, 7 51 29 AM.png
|
+---Girl 6-10
|   +---Full
|   |       67f41ba6-28cb-4ed7-a2d6-c49aa4520e61.png
|   |       e06db0351eff3af3a22029cf4773257c.jpg
|   |       Photo Aug 19, 10 55 38 PM.jpg
|   |       Photo Aug 20, 1 09 23 AM.jpg
|   |       Photo Aug 20, 12 25 23 AM.jpg
|   |       Photo Aug 20, 7 54 55 PM.png
|   |       Photo Aug 21, 9 30 48 AM.jpg
|   |       untitled65-07qkGWbY.png
|   |
|   +---Half
|   |       20160818_18_45_36.jpg
|   |       Black top .png
|   |       Black top2.png
|   |       dd3e2668-b1b2-4037-9622-fab949ffd82d.jpg
|   |       Photo Aug 18, 10 10 35 AM.jpg
|   |       Photo Aug 20, 12 08 52 AM.jpg
|   |
|   \---Open
|           564d9137602cfa21c97c1ae7334bae12.jpg
|           c245c49771bf0174c6159b93370af140.jpeg
|           Photo Aug 19, 4 15 02 PM.jpg
|           Photo Aug 19, 8 13 12 AM.jpg
|           Photo Aug 20, 1 05 04 AM.jpg
|           Photo Aug 21, 1 05 04 PM.jpg
|
+---Mixed young
|   +---Coulpe young
```

5

```
|   |       Phot Aug 19, 4 14 19 PM.png
|   |       Photo Aug 18, 10 10 10 AM.jpg
|   |       Photo Aug 19, 6 01 56 PM.jpg
|   |       Photo Aug 19, 6 09 49 PM.jpg
|   |       Photo Aug 19, 6 13 20 PM.jpg
|   |       Photo Aug 19, 6 14 02 PM.jpg
|   |       Photo Aug 19, 7 06 47 PM.png
|   |       Photo Aug 19, 8 09 34 PM (1).jpg
|   |       Photo Aug 20, 12 34 22 AM.gif
|   |       Photo Aug 22, 11 14 26 AM.jpg
|   |       Photo Aug 22, 11 18 11 AM.png
|   |       Photo Aug 22, 6 26 40 PM.jpg
|   |       Photo Aug 24, 5 45 38 PM.jpg
|   |
|   \---Group
|           Photo Aug 14, 11 35 28 AM.jpg
|           Photo Aug 18, 10 09 31 AM.jpg
|           Photo Aug 18, 10 09 44 AM.jpg
|           Photo Aug 18, 10 09 45 AM (1).jpg
|           Photo Aug 19, 7 13 05 PM.png
|           Photo Aug 20, 12 18 52 AM.jpg
|           Photo Aug 20, 12 27 22 AM.jpg
|           Photo Jun 11, 5 57 21 PM.jpg
|
+---nu g
|       1652c49e-d8e7-455c-8366-65cf3b9a1bd5.jpg
|       1d6021b13557bed49ed27c85f1c25add.jpeg
|       2016-08-24-14-37-50--514080194.jpg
|       2016-08-24-16-40-40-1091387944.jpg
|       2016-08-24-18-12-02-283562854.jpg
|       2016-08-24-18-14-41--185186677.png
|       2016-08-24-18-17-49-1091387944.jpg
|       2016-08-25-17-49-02--768118682.jpg
|       2016-08-25-17-49-42-1549162672.jpg
|       2016-08-25-17-51-04--483793111.jpg
|       2016-08-25-17-52-41-1291722425.jpg
|       2016-08-25-17-56-24-1951531522.jpg
|       241d28fa-1ba2-456f-9fd1-becbdf85e26a.png
|       2e7e13a7-86d4-4051-854b-19aa695d5b77.png
|       3c8fea37397981bc9033b0ce74245c7c.jpg
|       55d3e2aa-bf24-4439-8755-b70f49a5f3e1.png
|       71e5d383-fda4-41bc-92e7-9e3a9f596546.png
|       ab24bb0a0de35d51b9bf2d2ad009fa10.jpg
|       cdaebb06-6cda-4a16-a127-e16dcdbbc174.jpg
|       d29de3aee2a9d73108e64f89c41326cc.png
|       d91529f87e9e77c0ba756ac0ccc36719.png
|       eef3df9e-cd97-4cc0-aa9d-dfcda8b9105d.jpg
|       imgsrc.ru_49694779Jsm.jpg
|       IMG_20160825_045740_696.jpg
|
+---pics2 (1)
|       042sel0711.avi
```

6

```
|           133se10511.avi
|           1bfd9d8d-295d-423b-b4d8-c6c93393dbfb.mp4
|           3c46cfa0-ed1f-405b-92f3-ae6f808c4c72.mp4
|           414dac32-e39e-4a5f-88c9-e4f0c57e2567.jpg
|           52754bd5-f453-40b2-b560-85744591585e.mp4
|           7a11c11c-763d-4ea0-a251-02bc9ff33949.mp4
|           97120956-35ed-4339-a61a-6b1998eae0e8.mp4
|           a035e4db-73b3-4dd7-9ea0-28581814dbc5.mp4
|           c88fbac9-dc34-4af1-9692-13c6aef8f933.jpg
|           cb96c6af-9be8-494f-a05b-0568afa978db.mp4
|           d1b48229-9b8e-4e8f-a847-f88764f77a3e.jpg
|           edf63e9a-3d42-47aa-9a9e-5335665715ad.mp4
|           Kik-2053279481.jpg
|
+---Root
+---shares
|           000i.mp4
|           0019.mp4
|           0172.mp4
|           0426.mov
|
+---Trash
|     +---M trash
|     |         6073-best-jb-caps_omegle_younow_vine_stickam.avi
|     |         6075-best-jb-caps_omegle_younow_vine_stickam.avi
|     |         depcam-vine-kik-omegle1712.avi
|     |         depcam-vine-kik-omegle1734.avi
|     |         depcam-vine-kik-omegle1764.avi
|     |         depcam-vine-kik-omegle1766.avi
|     |         depcam-vine-kik-omegle1881.avi
|     |         depcam-vine-kik-omegle1882.avi
|     |         mrvine_va0087.avi
|     |         scara2_00737.avi
|     |         scara2_00812.avi
|     |
|     \---Trash
|               6076-best-jb-caps_omegle_younow_vine_stickam.avi
|               Butt .jpg
|               Butt 2.jpg
|               Butt. 4727.png
|               mrvine_v1052.avi
|               mrvine_v1068.avi
|               scara2_00773.avi
|
+---VF
|           15573e5e-469d-4c3c-9fe5-91f44bad6fd5.mp4
|           ac363fa1-683e-4e54-98b6-882f88832d25.mp4
|           fucking.wmv
|           IMG_2247.mp4
|           IMG_2254.mp4
|           IMG_2287.mp4
|           IMG_2388.mp4
```

```
|         IMG_2426.mp4
|
+---Video
|   +---Solo
|   |       11y Jennifer Teaching.mp4
|   |       1c97d501-f7b8-49dd-bcfb-de19731f46e6.mp4
|   |       3132luvr_3132s_on_younow_omegle00556.avi
|   |       3132luvr_3132s_on_younow_omegle00565.avi
|   |       mrvine_v1100.avi
|   |
|   +---Young
|   |       000e.mp4
|   |       000h.mp4
|   |       0173.mp4
|   |       0230.mp4
|   |       0341.mov
|   |       0407_1_.mp4
|   |       52f6b3fa-3657-4e52-acbe-60113b84bbe4.mp4
|   |       c96bf089-f740-4bb0-bd4d-e112e023cdfb.mp4
|   |       cp40.3gp
|   |       cp42.3gp
|   |       f71a3cf1-c061-4716-b681-e2d4e0d9601e.mp4
|   |       ffbda098-5781-4ccd-a202-3b70c22ef39c.mp4
|   |       IMG_2289.mp4
|   |       IMG_2455.mp4
|   |       Movie_0003.wmv
|   |       Photo Aug 24, 12 00 41 AM.gif
|   |       SKCD20151221-005.3gp
|   |       Video Aug 24, 1 19 31 AM.mov
|   |       Video Nov 03, 10 44 47 PM.mov
|   |       VIDEO0059.mp4
|   |
|   \---Youngish
|           - 10 yrs valya father with daughter.wmv
|           000c.mp4
|           103fceb7-f1ea-46ce-b063-22e39f89e89e.mp4
|           1_518926491392671748.mp4
|           bf163477-1d48-49b3-b6c8-082f25e0c541.mp4
|           c3a0b292-fec2-4032-b61d-9ec70154144a.mp4
|           d641718b-97b7-4630-b9e9-2aebae62bf7e.mp4
|           e2.wmv
|           S00 Capboygirlfuck Preteen Kids Fuck k66.mp4
|           SKCD20151221-003.3gp
|           Vid,o 21-05-2016 03 18 03.mp4
|
+---Video Guardados
|       2011 4Yo Pokehontas New Vid - Anal Fuck W Cum
(Great!!!).avi
|       cp sexo con niña gritona de a perrito.3gp
|       cp8.mp4
|       cp90.3gp
|       cpn.3gp
```

```
|           mobizen_20150514_014006.mp4
|           mobizen_20150515_034951.mp4
|           mRH33UEk_high_mp4_h264.mp4
|           scara2_00886.avi
|           SKCD20151221-004.3gp
|
\---vids@
            12c42ae1-c128-4b24-a8a4-5073b7e3d622.mp4
            19eeab8d-c28f-4042-9c3c-2622d4dc868c.mp4
            383d8c44-0999-4c88-bb6f-1383328baedd.mp4
            505e148a-2c37-4f45-9f35-66838f570cbe (1).mp4
            62f668a2-0978-4cc1-a022-cb074428fa8c.mp4
            68a2228f-c0c0-47de-9a7c-387ca4c01502.mp4
            716b1f7f-4d03-453b-b352-cb6d0668c82c.mp4
            742f34e7-3307-4c7b-8488-1495ec781c22.mp4
            815d15d0-7801-4ec6-af4b-286d29fbfb9d.mp4
            989e0c40-fa6e-4a34-a866-786d913c86d7.mp4
            b4f086cb-d26e-42ea-86b0-3ce1435a607b.mp4
            c6d004ee-eca0-4838-97d1-7683ae442547.mp4
```